# AFFIDAVIT OF SERVICE

**HEAVEN SENT LEGAL SERVICES**

| Case: 14-123 | Court: US DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA | County: PENNSYLVANIA, PA | Job: 301454 (604417) |
|---|---|---|---|
| **Plaintiff / Petitioner:** TASHA STRONG, ON THE BEHALF OF HERSELF & ALL THOSE SIMILARLY SITUATED | | **Defendant / Respondent:** FBCS INC; JOSEPH NEARY, SR.; JOSEPH NEARY JR.; & HENRY STOUGHTON | |
| **Received by:** Heaven Sent Legal Services | | **For:** SWARTZ-SWIDLER LAW | |
| **To be served upon:** JOSEPH NEARY JR C/O FBCS INC | | | |

I, Philip Falkowitz, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** JOSEPH NEARY JR C/O FBCS INC, 2200 BYBERRY RD STE 120, HATBORO, PA 19040

**Manner of Service:** Substitute Service - Business, Jan 14, 2014, 4:47 pm

**Documents:** SUMMONS IN A CIVIL ACTION, JURY TRIAL DEMANDED, COUNT 1-111, DEMAND TO PRESERVE EVIDENCE (Received Jan 14, 2014 at 2:55pm)

**Additional Comments:**

1) Successful Attempt: Jan 14, 2014, 4:47 pm at 2200 BYBERRY RD STE 120, HATBORO, PA 19040 received by JOSEPH NEARY JR C/O FBCS INC. Age: 30; Ethnicity: Caucasian; Gender: Female; Weight: 125; Height: 5'3"; Hair: Brown; Eyes: Brown; Relationship: Other; Other: Ms. Christina Cain did not wear glasses. She signed for all five documents.

_____ 01/14/2014
Philip Falkowitz                Date

Heaven Sent Legal Services
421 N 7th St Suite 422
Philadelphia, Pa 19123
215-260-3073

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

1/15/2014        October 10, 2017
Date             Commission Expires

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
JONATHON R. SANDLER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 10, 2017

421 N. 7th Street • Suite 422 • Philadelphia, PA 19123 • (866) 321-4220