UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TASHA STRONG, et al. | : | Civil Action |
| Plaintiffs | : | No. 14-123 |
| v. | : | |
| FBCS INC., et al., | : | |
| Defendants | : | |

PRAECIPE TO ENTER APPEARANCE

To the Clerk:

Please enter my appearance on behalf of Defendants, FBCS Inc., Joseph Neary, Sr., Joseph Neary, Jr., and Henry Stoughton, in connection with the above-referenced matter.

Respectfully submitted by,

Benjamin G. Lipman
ATTORNEY FOR
ANSWERING DEFENDANTS
1525 Locust Street, 14th Floor,
Philadelphia, PA 19102
Phone: 215-732-4546, Fax: 215-732-0124
Email: ben@lipman-law.com
Date: 2/17/14

<u>Certificate of Service</u>

On or about this date, I caused to be sent by first class U.S. mail a true and correct copy of the attached "PRAECIPE TO ENTER APPEARANCE" to counsel for Plaintiff addressed as follows:

Joshua Boyette, Esq.
Swartz Swidler, LLC
1878 Marlton Pike East – Suite 10
Cherry Hill, NJ 08003

Respectfully submitted by,

_____
Benjamin G. Lipman
ATTORNEY FOR
ANSWERING DEFENDANTS
1525 Locust Street, 14th Floor,
Philadelphia, PA 19102
Phone: 215-732-4546, Fax: 215-732-0124
Email: ben@lipman-law.com

Date: 2/17/14